**Martin Alejandro Gutierrez BORROVIC, Petitioner**

v.

**ATTORNEY GENERAL OF THE UNITED STATES.**

No. 10–1305.

United States Court of Appeals, Third Circuit.

July 05, 2011.

Anayancy R. Housman, Esq., Law Office of Anayancy R. Housman, Elizabeth, NJ, for Petitioner.

David V. Bernal, Esq., Yedidya Cohen, Esq., Eric H. Holder, Jr., Esq., Thomas W. Hussey, Esq., Sada Manickam, Esq., United States Department of Justice, Washington, DC, for Attorney General of the United States.

Present: FUENTES, VANASKIE and NYGAARD, Circuit Judges.

The Petition for Panel Rehearing filed by the Appellant in the above-entitled matter, having been submitted to the judges who participated in the decision of this court is hereby GRANTED. The opinion and judgment entered May 11, 2011 are hereby vacated.

The Clerk is instructed to reinstate the appeal in No. 10–1305. The matter will be submitted to the next available merits panel.

IT IS SO ORDERED.